AO 240 (Rev. 7/96)

# UNITED STATES DISTRICT COURT

Western District of Massachusetts

Plaintiff
Robert Pelletier

V.

Lois Russo
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

05-30014-MAP

CASE NUMBER: HDCR1998-2391, 2, 3,

I, Robert Pelletier, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Souza-Baranowski Corr. Center

    Are you employed at the institution? no  Do you receive any payment from the _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    June of 1998, $550.00 every two weeks. Pro cor. in Northampton, Ma.
    I don't no the address.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment  ☐ Yes  ☒ No
    b. Rent payments, interest or dividends  ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
    d. Disability or workers compensation payments  ☐ Yes  ☒ No
    e. Gifts or inheritances  ☒ Yes  ☐ No
    f. Any other sources  ☒ Yes  ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

I recieved $97.50, as a gift from my mother. I also recieved $6.80, as a refund. From a book company. Someone sent me a book that was out of stock.

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I have no dependents.

I declare under penalty of perjury that the above information is true and correct.

January 10, 2005  
_____  
Date

*Robert Pelletier*  
_____  
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AFFIDAVIT

OF

ROBERT PELLETIER

I, Robert Pelletier, do hereby state and depose, the following:

1. Except for what is in my prison cell, I do not have any assets.

I declare under penalty of perjury, that the above information is true and correct.

Dated: January 10, 2005

*Robert Pelletier*
Robert Pelletier, W-66434
Souza-Baranowski Correctional Center
Harvard Road
P.O. Box 8000
Shirley, Massachusetts 01464-8000

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20041230 16:08

| | | | | | Page : 1 |
|---|---|---|---|---|---|
| Commit# : | W66434 | | SOUZA-BARANOWSKI CORRECTIONAL | | |
| Name : | PELLETIER, ROBERT, , | | Statement From | 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20041230 | |
| Block : | G1 | | | | |
| Cell/Bed : | 19 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $0.00 | $0.00 | $0.00 | $0.00 |
| 20020930 09:44 | SB - Starting Balance | 248651 | | SBCC | | $8.38 | $0.00 | $0.00 | $0.00 |
| 20020930 09:44 | SB - Starting Balance | 248652 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20021018 12:10 | IS - Interest | 333247 | | SBCC | ~INTEREST CONVERTED FROM VAX | $0.02 | $0.00 | $0.00 | $0.00 |
| 20021021 09:39 | ML - Mail | 341964 | | SBCC | ~MARGARET PELTIER | $10.00 | $0.00 | $0.00 | $0.00 |
| 20021104 08:35 | IC - Transfer from Inmate to Club A/c | 387975 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20021105 08:16 | IC - Transfer from Inmate to Club A/c | 391116 | | SBCC | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20021114 10:45 | IC - Transfer from Inmate to Club A/c | 424358 | | SBCC | ~BRO-RBBN~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $10.24 | $0.00 | $0.00 |
| 20021213 13:24 | IS - Interest | 520163 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20030102 09:54 | IS - Interest | 621000 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030115 08:51 | IS - Interest | 672958 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030211 08:47 | IS - Interest | 771642 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030318 07:45 | IS - Interest | 895481 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030321 09:14 | ML - Mail | 924741 | | SBCC | ~Margaret Peltier | $25.00 | $0.00 | $0.00 | $0.00 |
| 20030326 14:41 | IC - Transfer from Inmate to Club A/c | 934371 | | SBCC | ~BRORBBN/CRBBN~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $25.60 | $0.00 | $0.00 |
| 20030408 10:03 | IS - Interest | 977907 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030509 09:19 | IS - Interest | 1098287 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030523 11:03 | ML - Mail | 1156634 | | SBCC | ~MARGARET PELTIER | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030527 08:37 | IC - Transfer from Inmate to Club A/c | 1159390 | | SBCC | ~Postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20030610 16:22 | IS - Interest | 1226467 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1360293 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1503112 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030819 07:48 | ML - Mail | 1554947 | | SBCC | ~Richard Shaw | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030908 11:10 | ML - Mail | 1634891 | | SBCC | ~MARGARET PELLETIER | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030910 07:52 | IS - Interest | 1646270 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20030910 14:09 | IC - Transfer from Inmate to Club A/c | 1660502 | | SBCC | ~T,BRFS,NKX,SS~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $50.40 | $0.00 | $0.00 |
| 20031008 16:56 | IS - Interest | 1781688 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20031031 22:30 | CN - Canteen | 1895093 | | SBCC | ~Canteen Date : 20031031 | $0.00 | $5.58 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1926771 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20041230 16:08

| | | | | Page : 2 |
|---|---|---|---|---|
| Commit# : | W66434 | | SOUZA-BARANOWSKI CORRECTIONAL | |
| Name : | PELLETIER, ROBERT, , | | Statement From 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To 20041230 | |
| Block : | G1 | | | |
| Cell/Bed : | 19 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031209 13:39 | IS - Interest | 2062970 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031212 22:30 | CN - Canteen | 2098976 | | SBCC | ~Canteen Date : 20031212 | $0.00 | $1.87 | $0.00 | $0.00 |
| 20040113 12:03 | IS - Interest | 2230478 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040120 09:08 | ML - Mail | 2269910 | | SBCC | ~MARGIE PELTIER | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040123 22:30 | CN - Canteen | 2292973 | | SBCC | ~Canteen Date : 20040123 | $0.00 | $4.93 | $0.00 | $0.00 |
| 20040130 22:30 | CN - Canteen | 2321188 | | SBCC | ~Canteen Date : 20040130 | $0.00 | $2.35 | $0.00 | $0.00 |
| 20040209 13:28 | ML - Mail | 2352093 | | SBCC | ~EDWARD HAMILTON REFUND | $6.80 | $0.00 | $0.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2360067 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040213 22:30 | CN - Canteen | 2394575 | | SBCC | ~Canteen Date : 20040213 | $0.00 | $4.12 | $0.00 | $0.00 |
| 20040301 09:31 | ML - Mail | 2452476 | | SBCC | ~MARGARET PELTIER | $90.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2491483 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040330 10:06 | IC - Transfer from Inmate to Club A/c | 2590478 | | SBCC | ~ribbons ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $25.60 | $0.00 | $0.00 |
| 20040330 11:01 | IC - Transfer from Inmate to Club A/c | 2590707 | | SBCC | ~T'S/BOXER/THER TOP/SOX/CHESS/BOWL/CUP/CLIPPER ~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $48.53 | $0.00 | $0.00 |
| 20040413 08:20 | IC - Transfer from Inmate to Club A/c | 2648390 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2652074 | | SBCC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20040430 22:30 | CN - Canteen | 2743853 | | SBCC | ~Canteen Date : 20040430 | $0.00 | $8.71 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2796426 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2926229 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3074233 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3208280 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334506 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3499807 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645570 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778683 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| | | | | | | $207.96 | $202.43 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $5.53 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :  20041230 16:08

| | | | | |
|---|---|---|---|---|
| Commit# : | W66434 | | SOUZA-BARANOWSKI CORRECTIONAL | Page : 3 |
| Name : | PELLETIER, ROBERT, , | Statement From | 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To | 20041230 | |
| Block : | G1 | | | |
| Cell/Bed : | 19 /A | | | |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $5.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |