UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT PELLETIER,
               Petitioner

v.                                                       CA 05-30014-MAP

LOIS RUSSO, SUPERINTENDENT,
               Respondent

ORDER

January 20, 2005

PONSOR, D.J.

     Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to the respondent AND the Attorney General of the Commonwealth of Massachusetts, Attention: Cathryn A. Neaves, Assistant Attorney General, One Ashburton Place, Boston, MA 02108.

     It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the petition.

     The court further requests that the respondent, as part of the return, file such documents which reflect on the issue as to whether the petitioner has exhausted available state remedies with respect to the matters raised by the petition.

     It is so ordered.

                                         /s/ Michael A. Ponsor
                                         United States District Judge