| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *William J. Coughlan* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery *1-25-05* |
| 1. Article Addressed to:<br>*Cathryn A. Neaves, Assistant Attorney General*<br>*Office of the Attorney General*<br>*One Ashburton Place*<br>*Boston MA 02108* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0006 8591 9109 |
| PS Form 3811, August 2001  *4-05-30014-MAP*  Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Office of the Clerk
1550 Main Street
Springfield, MA 01103