UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 23 P 12: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

ROBERT PELLETIER )
    Petitioner, )
)
v. ) Civil Action No. 05-30014-MAP
)
LOIS RUSSO, SUPERINTENDENT, )
    Respondent. )
)

## MOTION TO ENLARGE THE TIME
## FOR FILING A RESPONSIVE PLEADING

The respondent, Lois Russo, Superintendent of Souza-Baronowski Correctional Center at Gardner, Massachusetts, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to April 11, 2005.

As grounds therefor, the respondent's attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the complete record of the petitioner's state court proceedings from the Hampden County District Attorney's office. The district attorney's office must locate the files, duplicate the records, including trial transcripts, and transmit a copy to the Attorney General's Office. These are time-consuming tasks which District Attorney staffers must fit into their regular pressing duties. Additional time is needed to review all the documents and transcripts when they arrive, to research relevant issues and to draft

2

an appropriate response to the petition.

3. In addition, the respondent's attorney is responsible for numerous post-conviction cases which include more than forty federal habeas corpus petitions as well as direct criminal appeals, new trial motions, civil rights litigation and parole and probation matters. In the coming weeks the undersigned attorney has an appellate brief due in the Massachusetts Appeals Court as well as an oral argument in a criminal appeal and comprehensive memoranda on the merits in four complex federal habeas corpus petitions.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to April 11, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents was served upon the following petitioner pro se by first class mail, postage pre-paid, on February 22, 2005

Robert Pelletier, pro se
Souza-Baranowski Correctional Center
PO Box 8000
Shirley, MA 01464

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General