UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT PELLETIER )<br>      Petitioner, )<br>)<br>v. )<br>)<br>LOIS RUSSO, SUPERINTENDENT, )<br>      Respondent. )<br>) | Civil Action No. 05-30014-MAP |

## ANSWER

The respondent, Lois Russo, Superintendent of Souza-Baronowski Correctional Center in Shirley, Massachusetts, answers the numbered paragraphs of the above-captioned petition for writ of habeas corpus as follows:

1-8.      Admitted.

9(a).      Admitted.

9(b).      Admitted.

9(c)      Denied in part. The Massachusetts Appeals Court issued its decision affirming the judgment of conviction on June 12, 2002. *See Commonwealth v. Pelletier*, 55 Mass. App. Ct. 1103, 769 N.E. 2d 798 (2002).

9(d).      Admitted.

9(e)(1).      Admitted.

9(e)(2).      Admitted.

9(e)(3).      Admitted. *See Commonwealth v. Pelletier*, 443 Mass. 1101, 820 N.E. 2d 258 (TABLE)(2004).

9(e)(4).      The respondent is without knowledge or information sufficient to form a belief as to the truth of this paragraph.

10.      Admitted.

2

| | |
|---|---|
| 11(a)(1). | Admitted. |
| 11(a)(2). | Admitted. |
| 11(a)(3). | The grounds raised by the petitioner in his appeal from the denial of his motion for a new trial are contained in his brief which is included in the Supplemental Answer. The record speaks for itself. (See Supplemental Answer, Exh. 1). |
| 11(a)(4). | Admitted. |
| 11(c)(1). | Admitted. |
| 12A-12D. | These paragraphs contains conclusions of law requiring no response. To the extent that the petitioner presents facts, they are denied. |
| 14. | The respondent is without knowledge or information sufficient to form a belief as to the truth of this paragraph. |
| 15.(a)-(g). | The respondent is without knowledge or information sufficient to form a belief as to the truth of these paragraphs. |
| 16. | Admitted. |
| 17. | The respondent is without knowledge or information sufficient to form a belief as to the truth of these paragraphs. |

And further answering, pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent is also filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

1. Brief and Defendant-Appellant on Appeal to the Massachusetts Appeals Court (A.C. No. 03-P-1494)

2. Commonwealth's Memorandum of Law in Support of Its Motion for Summary Disposition (A.C. No. 03-P-1494)

3. Appellant's Reply Brief and Record Appendix ((A.C. No. 03-P-1494)

4. *Commonwealth v.Pelletier*, 62 Mass. App. Ct., 1109, 817 N.E. 2d 339 (2004)(Unpublished).

3

5. Application For Further Appellate Review (FAR 14512). *See Commonwealth v. Pelletier*, 443 Mass. 1101, 820 N.E. 2d 258 (TABLE)(2004)(Application denied on December 23, 2004).

**DEFENSES**

1. The state court adjudication of the petitioner's claims was not contrary to nor an unreasonable application of clearly established Supreme Court law nor it based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding.

2. The petition includes subordinate claims embedded in his ineffective assistance of counsel claim that are based purely on state law principles which are not cognizable on federal habeas review.

3. The petition includes issues not fully exhausted within the meaning of 28 U.S.C. § 2254 (b)(1)(a) and controlling precedent.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

4

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon the following petitioner, pro se, by first class mail, postage pre-paid, on April 11, 2005.

Robert Pelletier, pro se
Souza-Baranowski Correctional Center
PO Box 8000
Shirley, MA 01464

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT PELLETIER )
      Petitioner, )
 )
v. ) Civil Action No. 05-30014-MAP
 )
LOIS RUSSO, SUPERINTENDENT, )
      Respondent. )

## SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent is also filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

1. Brief and Defendant-Appellant on Appeal to the Massachusetts Appeals Court (A.C. No. 03-P-1494)

2. Commonwealth's Memorandum of Law in Support of Its Motion for Summary Disposition (A.C. No. 03-P-1494)

3. Appellant's Reply Brief and Record Appendix ((A.C. No. 03-P-1494)

4. *Commonwealth v. Pelletier*, 62 Mass. App. Ct., 1109, 817 N.E. 2d 339 (2004)(Unpublished).

5. Application For Further Appellate Review (FAR 14512). *See Commonwealth v. Pelletier*, 443 Mass. 1101, 820 N.E. 2d 258 (TABLE)(2004)(Application denied on December 23, 2004).

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL
*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place

2

Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon the following petitioner, pro se, by first class mail, postage pre-paid, on April 11, 2005.

Robert Pelletier, pro se
Souza-Baranowski Correctional Center
PO Box 8000
Shirley, MA 01464

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General