```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

ROBERT PELLETIER,            )
 Petitioner                 )
                            )
    v.                      ) C.A. No. 05-30014-MAP
                            )
LOIS RUSSO, Superintendent,  )
Sousa-Baranowski Correctional )
Center,                      )
 Respondent                 )

### SCHEDULING ORDER

April 20, 2005

PONSOR, D.J.

On April 13, 2005, the respondent filed his supplemental answer to this petition pursuant to 28 U.S.C. § 2254. The court hereby orders as follows:

    1. On or before May 15, 2005, the respondent will file a dispositive motion with a supporting memorandum.

    2. On or before June 15, 2005, the petitioner may file an opposition to the dispositive motion.

    3. The court will thereafter rule on the motion on the papers, or set the matter for argument.

It is So Ordered.

                               /s/ Michael A. Ponsor
                               MICHAEL A. PONSOR
                               U. S. District Judge