UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT PELLETIER<br>　　　　Petitioner,<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-30014-MAP |

### RESPONDENT'S MOTION TO ENLARGE THE TIME FOR FILING A DISPOSITIVE MEMORANDUM

The respondent respectfully moves this Court to enlarge the time for filing a dispositive memorandum in the above-captioned petition for writ of habeas corpus to June 27, 2005.

In support thereof, the respondent's attorney states that she is handling numerous habeas corpus petitions and civil rights cases which have competing litigation deadlines that preclude an earlier filing. In the upcoming weeks these responsibilities include: researching and drafting a brief for the United States Court of Appeals for the First Circuit; researching and drafting dispositive memoranda on the merits in three federal habeas corpus petitions; researching and drafting motions to dismiss and supporting memoranda in two 42 U.S.C. § 1983 actions; locating the record and filing answers and supplemental answers in three newly assigned habeas corpus petitions.

WHEREOF, for the above-stated reasons, the respondent moves this Court to enlarge the time for filing a dispositive memorandum in the above-captioned petition for writ of habeas corpus to June 27, 2005.

2

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

**CERTIFICATE OF SERVICE**

_____I hereby certify that a true copy of the above document was served upon the following petitioner, pro se, by first class mail, postage pre-paid, on May 13, 2005.

Robert Pelletier, pro se
Souza-Baranowski Correctional Center
PO Box 8000
Shirley, MA 01464

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General