UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ROBERT PELLETIER,               )
 Petitioner                     )
                                )
      v.                        ) C.A. No. 05-30014-MAP
                                )
LOIS RUSSO, Superintendent,     )
Sousa-Baranowski Correctional   )
Center,                         )
 Respondent                     )
```

ORDER RE: DEFAULT

May 18, 2005

**PONSOR, D.J.**

On April 20, 2005, the court issued a Scheduling Order requiring the respondent to file a dispositive motion with a supporting memorandum no later than May 15, 2005. The respondent has failed to comply with the court's order and the petitioner has filed a "Motion to Correct the Record" (Docket No. 13).

Based upon the failure of the respondent to comply with the court's order of April 20, 2005, the court will order entry of judgment for the petitioner by default unless, on or before June 16, 2005, the respondent files a dispositive motion with a supporting memorandum. Assuming the required motion is filed by that date, the petitioner will have until July 15, 2005 to file his opposition. The court will thereafter set the matter for hearing, or will rule on the papers.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge