UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PELLETIER,              )
 Petitioner                    )
                               )
        v.                     ) C.A. No. 05-30014-MAP
                               )
LOIS RUSSO, Superintendent,    )
Sousa-Baranowski Correctional  )
Center,                        )
 Respondent                    )


FURTHER ORDER

May 27, 2005

PONSOR, D.J.

   In view of the allowance of Respondent's Motion to Enlarge Time for Filing A Dispositive Memorandum (Docket No. 14) on May 18, 2005, the court's Order Re: Default (Docket No. 15) is hereby withdrawn.  The respondent will have until June 27, 2005 to file a dispositive motion with a supporting memorandum.  The petitioner will have until July 25, 2005 to file his opposition.  The court will thereafter set the matter for hearing, or will rule on the papers.

   It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge