## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ROBERT PELLETIER**<br>Petitioner, | )<br>)<br>)<br>) | |
| v. | ) | Civil Action No. 05-30014-MAP |
| **LOIS RUSSO, SUPERINTENDENT,**<br>Respondent. | )<br>)<br>)<br>)<br>) | |

## MOTION TO DISMISS

The respondent in the above-captioned petition for writ of habeas corpus action respectfully moves this Court to dismiss the action for failure to state a claim upon which relief under 28 U.S. C. § 2254 can be granted.

The respondent relies on the accompanying memorandum of law in support of her motion to dismiss.

    Respectfully submitted,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    <u>/s/ Annette C. Benedetto</u>
    Annette C. Benedetto
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200
    BBO No. 037060

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the following petitioner, pro se, by first class mail, postage pre-paid, on June 22, 2005.

**Robert Pelletier, pro se**
**Souza-Baranowski Correctional Center**
**PO Box 8000**
**Shirley, MA 01464**

                                        **/s/ Annette C. Benedetto**
                                        **Annette C. Benedetto**
                                        **Assistant Attorney General**