UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2005 JUL 12 A 9: 55
U.S. DISTRICT

ROBERT PELLETIER
    Petitioner,

Vs.

Lois Russo, SUPERINTENDENT,
    Respondent.

Civil Action No. 05-30014-MAP

## MOTION IN OPPOSITION TO RESPONDENTS MOTION TO DISMISS AND PETITIONERS CROSS MOTION FOR SUMMARY DISPOSITION

Now comes the petitioner, Robert Pelletier, pro se in the above-entitled matter. And hereby moves to oppose respondents motion to dismiss. On the following grounds that are included in the attached memorandum of law.

Dated: July 6, 2005

Respectfully submitted,
by the Petitioner,

*Robert Pelletier*
Robert Pelletier, pro se
Souza-Baranowski Correctional Center
Harvard Road
P.O. Box 8000
Shirley, Massachusetts 01464-8000