UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT PELLETIER
    Petitioner,

Vs.

Lois Russo, SUPERINTENDENT,
    Respondent.

Civil Action No. 05-30014-MAP

## MOTION IN OPPOSITION TO RESPONDENTS MOTION TO DISMISS AND PETITIONERS CROSS MOTION FOR SUMMARY DISPOSITION

Now comes the petitioner, Robert Pelletier, pro se in the above-entitled matter. And hereby moves to oppose respondents motion to dismiss. On the following grounds that are included in the attached memorandum of law.

Dated: July 6, 2005

Respectfully submitted,
by the Petitioner,

/s/ Robert Pelletier
Robert Pelletier, pro se
Souza-Baranowski Correctional Center
Harvard Road
P.O. Box 8000
Shirley, Massachusetts 01464-8000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.