UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PELLETIER,                )
    Petitioner              )
                            )
                v.         )   C.A. NO. 05-30014-MAP
                            )
LOIS RUSSO, SUPERINTENDENT,      )
    Respondent              )

<u>MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
RESPONDENT'S MOTION TO DISMISS PETITION
AND PETITIONER'S CROSS MOTION FOR SUMMARY DISPOSITION</u>
(Docket Nos. 23, 17 & 21)

February 9, 2006

PONSOR, D.J.

    Petitioner, a state inmate serving sentences for breaking and entering in the daytime with intent to commit a robbery, seeks <u>habeas</u> relief pursuant to 28 U.S.C. § 2254. The court referred Respondent's Motion to Dismiss and Petitioner's Cross Motion for Summary Disposition to Magistrate Judge Kenneth P. Neiman for report and recommendation.

    On January 20, 2006, Magistrate Judge Neiman issued his Report and Recommendation, to the effect that Respondent's motion be allowed and Petitioner's motion be denied. Petitioner thereafter filed a timely objection to the Report and Recommendation (Docket No. 24).

    Upon <u>de novo</u> review, the court hereby ADOPTS the Report and Recommendation of Magistrate Judge Kenneth P. Neiman

dated January 20, 2006. The Magistrate Judge's review of the issues is thoughtful and entirely correct. Petitioner offered three arguments in support of this claim for relief: (a) he received ineffective assistance of counsel when his appellate attorney did not point out the legal deficiencies in the indictments, (b) the evidence against him was insufficient as a matter of law to support a conviction, and (c) the prosecutor's closing argument was improper. Under the provisions of the Anti-Terrorism and Effective Death Penalty Act of 1996, a Petitioner seeking to overturn a state court's determinations must demonstrate that they were "contrary to, or involved in unreasonable application of, clearly established Federal law, as determined by the Supreme Court." Fortini v. Murphy, 257 F.3d 39, 47 (1st Cir. 2001, quoting 28 U.S.C. § 2254(d)(1)). In this case, for the reasons set forth in the Report and Recommendation, Petitioner has failed to make this showing.

Having adopted the Magistrate's Judge's Report and Recommendation upon de novo review, the court hereby ALLOWS Respondent's Motion to Dismiss (Docket No. 17) and DENIES Petitioner's Cross Motion for Summary Disposition (Docket No. 20). The case may now be closed.

It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge
```