# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

ROBERT PELLETIER,

    Petitioner

        v.                                    CIVIL ACTION NO. 3:05 -30014-MAP

LOIS RUSSO, Superintendent

    Respondent

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Lois Russo, Superintendent, against the petitioner Robert Pelletier, pursuant to the court's memorandum and order entered this date, granting the respondent's motion to dismiss.

                                            **SARAH A. THORNTON**,
                                            CLERK OF COURT

Dated:  February 9, 2006            By  /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                              Deputy Clerk

(Civil Judgment re Pet v. Resp.wpd - 11/98)
      [jgm.]