UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PELLETIER,            )
Petitioner                   )
                             )
                    v.       )   CIVIL ACTION NO. 05-30014-MAP
                             )
LOIS RUSSO, SUPERINTENDENT,  )
Respondent                   )

MEMORANDUM AND ORDER REGARDING MOTION FOR
CERTIFICATE OF APPEALABILITY
(Docket No. 28)

April 26, 2006

PONSOR, D.J.

Petitioner, a state inmate serving sentences for breaking and entering in the daytime with intent to commit a felony, seeks habeas relief pursuant to 28 U.S.C. § 2254. Respondent's Motion to Dismiss was referred to Magistrate Judge Kenneth P. Neiman, and on January 20, 2006, the Magistrate Judge recommended that the motion be allowed. Upon objection from Petitioner, the court reviewed the matter, de novo, and on February 9, 2006, the court adopted Judge Neiman's recommendation and dismissed this case.

Petitioner has now filed a Motion for a Certificate of Appealability. This motion is hereby DENIED, for the reasons set forth in detail in Magistrate Judge Neiman's Report and Recommendation (Docket No. 23). In short, Petitioner has failed to raise issues which reasonable jurists could disagree about; the matters raised in Petitioner's motion simply do not

reach sufficient magnitude to provide a basis for action by the court.

For the foregoing reasons, as noted, the Motion for Certificate of Appealability (Docket No. 28) is hereby DENIED. This case can now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge