UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05cv30014-MAP

ROBERT PELLETIER

v.

LOIS RUSSO, SUPERINTENDENT

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-29

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on March 3, 2006..

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 15, 2006.

Sarah A Thornton, Clerk of Court

By: /s/ John C. Stuckenbruck
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/25/06

_____
Deputy Clerk, US Court of Appeals

RECEIVED
MAY 18 2006
U.S. Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-1812

O:\ClerksCertificate-COA.frm- 3/06