# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1812

ROBERT PELLETIER,

Petitioner, Appellant

v.

LOIS RUSSO, SUPERINTENDENT,
SOUZA-BARANOWSKI CORRECTIONAL CENTER,

Respondent, Appellee.

Before

Boudin, *Chief Judge*,
Selya and Lipez, *Circuit Judges*.

**JUDGMENT**
Entered: July 18, 2006

This is a request for a certificate of appealability. The district court, upon de novo review, adopted the report and recommendation of the magistrate judge, which suggested that respondent's motion to dismiss the habeas petition be granted.

Upon review of the filings and the record, we conclude that petitioner has failed to make a substantial showing of the denial of a constitutional right. Therefore, under 28 U.S.C. § 2253(c)(2), a certificate of appealability may not issue.

The request for a certificate of appeal is <u>denied</u> and this appeal is <u>terminated</u>.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 9/21/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
     Chief Deputy Clerk.

[cc: Robert Pelletier, Annette C. Benedetto, AAG]